IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, National Association, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.10-442-CG-M ) |
| STONEBROOK, INC., DYAS CONSTRUCTION MANAGEMENT, LLC, CRAIG F. DYAS FAMILY LIMITED PARTNERSHIP, and CRAIG F. DYAS, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## CONTEMPT JUDGMENT

In accordance with the court's order of February 9, 2011 (Doc. 59) granting the motion for contempt (Doc. 49) and the receiver's Notice of Delivery of Possession of Stonebrook Suite A-3 (Doc. 60), it is hereby **ORDERED, ADJUDGED, and DECREED** in favor of the court-appointed receiver, **Warren, Averett, Kimbrough & Marino, LLC**, in the amount of **$57,846.77**. Warren, Averett, Kimbrough & Marino, LLC, is also awarded applicable post judgment interest pursuant to 28 U.S.C. § 1961.

**DONE and ORDERED** this 25th day of March, 2011.

                                            /s/   Callie V. S. Granade
                                            UNITED STATES DISTRICT JUDGE