# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, National Association, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.10-442-CG-M |
| STONEBROOK, INC., DYAS CONSTRUCTION MANAGEMENT, LLC, CRAIG F. DYAS FAMILY LIMITED PARTNERSHIP, and CRAIG F. DYAS, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER DISCHARGING AND RELEASING RECEIVER
## AND TERMINATING RECEIVERSHIP

This matter is before the court on the Motion to Discharge and Release Receiver and Terminate Receivership (the "motion") (Doc. 61), filed by Warren, Averett, Kimbrough & Marino, LLC, the court-appointed receiver (the "Receiver") under that certain Order dated September 30, 2010 (Doc. 21), as amended by Orders dated November 29, 2010 (Doc. 38) and January 4, 2011 (Doc. 47) (as amended, the "Receiver Order").[1]

The court, having reviewed the motion and being fully advised of the premises, hereby finds that the motion was properly served on all parties to this

---

1 Capitalized terms used herein and not otherwise defined shall have the meanings

action and that the motion is well taken, such that the Receiver should be discharged and released from the Receiver's duties under the Receiver Order. Accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED**:

A. The motion (Doc. 61), is **GRANTED** as provided herein.

B. The receivership established by the Receivership Order (the "Receivership") is hereby terminated as of the date of this Order.

C. With the exception of cash in the possession of the Receiver related to the Receivership, if any, the Receiver's right to possession of the Receivership Property is hereby terminated as of the date of this Order, and the Receiver shall turn over possession and control of the Receivership Property to the defendants.

D. Cash in possession of the Receiver related to the Receivership, if any, shall be applied against the unpaid fees and expenses of the Receivership estate. Upon such application, the Receiver shall close all bank accounts maintained by the Receiver in connection with the Receivership.

E. Gretch, LLC shall be entitled to all of the monies due or to become due under the Contempt Order and any Contempt Judgment entered in the case.

---

ascribed to them in the motion and the Receiver Order.

F. The Receiver's authority to manage, operate, and control the Receivership Property is hereby terminated as of the date of this Order, subject to the Receiver's duty to wind up the affairs of the Receivership estate.

G. As of the date of this Order, the Receiver is relieved of any further obligation with respect to the Receivership Property, save and except for the activities as described herein.

H. The Receiver shall file the Final Report described in the motion within twenty-one (21) days of the date of this Order and shall serve a copy of the Final Report on counsel for Wells Fargo, counsel for Gretch, LLC and counsel for the defendants.

I. If no objection to the Final Report is filed with the court within twenty-one (21) days of the filing of such Final Report, then, without further order, the Final Report shall be deemed approved, and the Receiver shall be fully and forever released and discharged from any and all liability as Receiver of the Receivership Property. Said release and discharge shall include, without limitation, any and all claims, cross-claims, counterclaims, causes, damages and actions of every kind and character, and all suits, costs, damages, expenses, compensation and liabilities of every kind, character and description, whether direct or indirect, known or unknown, disclosed or hidden, in law or in equity, which anyone has or will have against the Receiver and/or

any of the Receiver's agents, representatives, officers, attorneys, professionals, employees or contractors, on account of, arising, or resulting from, or in any manner incidental to, the Receivership, the Receivership Property, the Receiver's possession and/or use of the Receivership Property, the administration of the Receivership estate, and/or any acts or omissions of the Receiver.

**DONE** and **ORDERED** this 25th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE