# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, National Association, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:10-cv-442-CG-M ) |
| STONEBROOK, INC., DYAS CONSTRUCTION MANAGEMENT, LLC, CRAIG F. DYAS FAMILY LIMITED PARTNERSHIP, and CRAIG F. DYAS, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal Without Prejudice (Doc. 68), and judgment having been entered in favor of Gretch LLC, as assignee of Wells Fargo Bank (See Doc. 66), on March 25, 2011, the remaining claims upon which judgment has not been entered are hereby **DISMISSED WITHOUT PREJUDICE**. The judgment entered on March 25, 2011 (Doc. 62) remains in full force and effect. The clerk is directed to close this case.

**DONE and ORDERED** this 8th day of April, 2011.

/s/ Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE